No. 237. BEREND *v.* J. F. PRITCHARD & Co. C. A. 5th Cir. Certiorari denied.

No. 239. FELICIANO ET AL. *v.* UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 240. JONES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 241. UNITED STATES *v.* McGUGIN, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied.

No. 243. NOSSEN ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 245. JACKSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 247. ST. MICHAEL & ARCHANGEL RUSSIAN ORTHODOX GREEK CATHOLIC CHURCH ET AL. *v.* UHNIAT ET AL. Sup. Ct. Pa. Certiorari denied.

No. 249. SCHMERLER FORD, INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD; and

No. 250. BOREK MOTOR SALES, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. Reported below: No. 249, 424 F. 2d 1335; No. 250, 425 F. 2d 677.

No. 252. WILSON *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 258. SHANKLIN *v.* AMERICAN NATIONAL TRUST ET AL. C. A. 7th Cir. Certiorari denied.